(Seal)

## IN THE Circuit COURT OF JACKSON COUNTY, MISSISSIPPI

**VERNON TAIT**                                          **PLAINTIFFS**

**CYNTHIA STEEN**

FILED
JAN 24 2013
JOE W. MARTIN, JR., CLERK
BY _____ D.C.

2013-00,018(2)

**VERSUS**

**CREDIT ACCEPTANCE**                                    **DEFENDANT**

**PO BOX S13**

**SOUTHFIELD, MI 48034**

Agent of Record for the State of Mississippi is:

Corporation Service Company

506 South President Street

Jackson, MS 39201

---

### COMPLAINT

---

COMES NOW the Plaintiff, Vernon Lenard Tait , Pro Se, and files this, his complaint against the defendant herein, Credit Acceptance Corporation, and would respectfully show as follows;

I.

Plaintiff, Vernon Lenard Tait and Cynthia Steen are private citizen living at 4837 Community Street, Moss Point, MS 39S6.

II.

Defendant    CREDIT ACCEPTANCE is a business located at PO BOX S13, SOUTHFIELD, MI 48034



EXHIBIT A

Agent of Record for the State of Mississippi is:

Corporation Service Company

506 South President Street

Jackson, MS 39201

III.

Jurisdiction and venue in the Court is proper

IV.

On or about the 10th day of October, 20011, the defendant CREDIT ACCEPTANCE CORPORATION did willfully sell plaintiffs vehicle even though arbitration had been ordered by the court because of altering purchase contract.

V.

The plaintiff would show that at the time of the sale, the Defendant CREDIT ACCEPTANCE knew of order to arbitrate vehicle.

VII.

The Plaintiff would aver that Defendants did commit a fraud against Plaintiff. Defendant was notified and during previous court proceeding had their attorney present when arbitration was ordered.

WHEREFORE PREMISES CONSIDERED, the Plaintiff prays for judgment against the defendant for an amount Of $ 100.000 for actual and punitive damages and any other relief the Court deems fit to grant the Plaintiff.

Respectfully submitted

Vernon Tait

Cynthia Steen

BY: Pro Se Plaintiff  *Vernon L Tait*

_____