IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**VERNON TAIT and CYNTHIA STEEN**                                                    **PLAINTIFFS**

**V.**                              **CIVIL ACTION NO. 1:13-cv-400-HSO-RHW**

**CREDIT ACCEPTANCE CORPORATION**                                      **DEFENDANT**

**STATE COURT FILE**